[Cite as *Lyrenmann v. Milford Exempted Village Schools*, 2025-Ohio-4335.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| MICHAEL LYRENMANN | Case No: 2025-00570PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| MILFORD EXEMPTED VILLAGE SCHOOLS | |
| Respondent | |

{¶1} In this public-records case, a Special Master has issued a Report and Recommendation (R&R). The Special Master recommends that the court: (1) order respondent to produce unredacted copies of pp. 3-278 of the records filed for in camera review subject only to the redactions listed in the appendix to the R&R; (2) order respondent to take that action within 30 days from the entry of a judgment adopting the R&R; (3) order respondent to file and serve an affirmation that it has taken that action within 40 days of the entry of a judgment adopting the R&R, (4) order respondent to reimburse requester for his filing fee and costs in this case; (5) order respondent pay the balance of the costs of this case; and (6) deny all other relief.

{¶2} Neither Requester nor Respondent has filed timely written objections to the R&R in accordance with R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects, then this Court "shall promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation." Upon independent review, the Court finds that there is no error of law or other defect evident on the face of the R&R. The Court adopts the R&R.

{¶3} In accordance with the Special Master's recommendations, the court:

    A. Orders respondent to produce unredacted copies of pp. 3-278 of the records filed for in camera review subject only to the redactions listed in the appendix to judgment

    B. Orders respondent to take that action within 30 days from the entry of this judgment.

    C. Orders respondent to file and serve an affirmation that it has taken that action within 40 days of the entry of this judgment.

    D. Orders respondent to reimburse requester for his filing fee and costs in this case.

    E. Orders respondent to pay the balance of the costs of this case.

    F. Denies all other relief.

{¶4} The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

 

LISA L. SADLER
Judge

**Appendix**

**Appropriate Redactions**

- The deceased student's name.

- The name and email address of the deceased student's mother.

- The body of the mother's emails.

- The body of and attachments to all emails with the subject of "Vigil."

- The January 28, 2025, email from Dr. Arnold to the mother of the deceased student.

**Filed August 27, 2025**
**Sent to S.C. Reporter 9/15/25**